# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

JAMES MITCHELL                                                    PLAINTIFF

v.                          No. 3:17-cv-236-DPM

POINSETT COUNTY SHERIFF'S OFFICE                                 DEFENDANT

## ORDER

Mitchell hasn't filed the supplement clarifying which officers allegedly wronged him and whether he's in custody related to the home entry and arrest challenged in this case. The time to do so has passed. № 4. Mitchell's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 October 2017