IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVIVSION

JAMES MITCHELL                                                PLAINTIFF

v.                      No. 3:17-cv-236-DPM

POINSETT COUNTY SHERIFF'S OFFICE                              DEFENDANT

## JUDGMENT

Mitchell's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2017